No. 83–6555. BOTTOSON v. FLORIDA. Sup. Ct. Fla.;

No. 83–6580. SKILLERN v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir.;

No. 83–6623. GRIFFIN v. MISSOURI. Sup. Ct. Mo.;

No. 83–6660. CELESTINE v. LOUISIANA. Sup. Ct. La.;

No. 83–6690. MATSON v. TENNESSEE. Sup. Ct. Tenn.;

No. 83–6694. RAULT v. LOUISIANA. Sup. Ct. La.;

No. 83–6699. AGAN v. FLORIDA. Sup. Ct. Fla.;

No. 83–6708. DEUTSCHER v. WOLFF, DIRECTOR, DEPARTMENT OF PRISONS, ET AL. C. A. 9th Cir.;

No. 83–6740. COLVIN v. MARYLAND. Ct. App. Md.;

No. 83–6748. WORKMAN v. TENNESSEE. Sup. Ct. Tenn.;

No. 83–6763. HOCHSTEIN v. NEBRASKA. Sup. Ct. Neb.;

No. 83–6802. ANDERSON v. NEBRASKA. Sup. Ct. Neb.;

No. 83–6806. GUINAN v. MISSOURI. Sup. Ct. Mo.;

No. 83–6811. SILAGY v. ILLINOIS. Sup. Ct. Ill.;

No. 83–6829. PALMES v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir.;

No. 83–6833. JONES v. FRANCIS, WARDEN. Sup. Ct. Ga.;

No. 83–6855. HOPKINSON v. WYOMING. Sup. Ct. Wyo.;

No. 83–6882. ROBERTS v. GEORGIA. Sup. Ct. Ga.;

No. 83–6895. LUSK v. FLORIDA. Sup. Ct. Fla.;

No. 83–6912. LASHLEY v. MISSOURI. Sup. Ct. Mo.;

No. 84–85. FELKER v. GEORGIA. Sup. Ct. Ga.;

No. 84–5001. STOCKTON v. VIRGINIA. Sup. Ct. Va.;

No. 84–5007. CASTELL v. GEORGIA. Sup. Ct. Ga.;

No. 84–5049. SHAW v. MARTIN, WARDEN. C. A. 4th Cir.;

No. 84–5092. BOOKER v. MISSISSIPPI. Sup. Ct. Miss.;

No. 84–5125. WILCHER v. MISSISSIPPI. Sup. Ct. Miss.;

No. 84–5129. RESNOVER v. INDIANA. Sup. Ct. Ind.;

No. 84–5185. CALDWELL v. TENNESSEE. Sup. Ct. Tenn.; and

No. 84–5228. JONES v. ALABAMA. Sup. Ct. Ala. Certiorari denied. Reported below: No. 83–6555, 443 So. 2d 962; No. 83–6580, 720 F. 2d 839; No. 83–6623, 662 S. W. 2d 854; No. 83–6660, 443 So. 2d 1091; No. 83–6690, 666 S. W. 2d 41; No. 83–6694, 445 So. 2d 1203; No. 83–6699, 445 So. 2d 326; No. 83–6708, 720 F. 2d 1108; No. 83–6740, 299 Md. 88, 472 A. 2d 953; No. 83–6748, 667 S. W. 2d 44; No. 83–6763, 216 Neb. 515, 344 N. W. 2d 469; No. 83–6802, 216 Neb. 521, 344 N. W. 2d 473; No. 83–6806, 665 S. W. 2d 325; No. 83–6811, 101 Ill. 2d 147, 461 N. E. 2d 415;

No. 83–6829, 725 F. 2d 1511; No. 83–6833, 252 Ga. 60, 312 S. E. 2d 300; No. 83–6855, 679 P. 2d 1008; No. 83–6882, 252 Ga. 227, 314 S. E. 2d 83; No. 83–6895, 446 So. 2d 1038; No. 83–6912, 667 S. W. 2d 712; No. 84–85, 252 Ga. 351, 314 S. E. 2d 621; No. 84–5001, 227 Va. 124, 314 S. E. 2d 371; No. 84–5007, 252 Ga. 418, 314 S. E. 2d 210; No. 84–5049, 733 F. 2d 304; No. 84–5092, 449 So. 2d 209; No. 84–5125, 448 So. 2d 927; No. 84–5129, 460 N. E. 2d 922; No. 84–5185, 671 S. W. 2d 459; No. 84–5228, 450 So. 2d 171.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.